IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AMELIA GOLDMAN, et al,**                                                            **PLAINTIFFS**

V.                                          4:20CV00014 JM

**RJ TAO LLC and JACOB CHI**                                                   **DEFENDANTS**

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal with Prejudice (ECF No. 24), the Court finds that this case should be dismissed. The Clerk is directed to close the case.

IT IS SO ORDERED this 8th day of October, 2021.

_____
James M. Moody Jr.
United States District Judge